Ping Lun TAM, Petitioner,

v.

Alberto R. GONZALES, Attorney General, Respondent.

No. 06–72800.

United States Court of Appeals, Ninth Circuit.

Submitted April 16, 2007 *.

Filed April 24, 2007.

Frank M. Tse, Esq., San Francisco, CA, for Petitioner.

Ronald E. Lefevre, Chief Counsel, Office of the District Counsel Department of Homeland Security, San Francisco, CA, Stephen J. Flynn, Esq., DOJ—U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: GRABER, CLIFTON, and BEA, Circuit Judges.

MEMORANDUM **

Ping Lun Tam, a native of Hong Kong and citizen of China, petitions for review of an order of the Board of Immigration Appeals adopting and affirming an immigration judge's ("IJ") removal order. We dismiss the petition for review.

We lack jurisdiction to review the agency's discretionary decision to deny Tam relief under former section 212(c). *See* 8 U.S.C. § 1252(a)(2)(B)(ii).

We also conclude that Tam has not raised a colorable due process challenge to the IJ's decision over which we could exercise jurisdiction. *See Martinez–Rosas v. Gonzales,* 424 F.3d 926, 930 (9th Cir.2005) ("Although we retain jurisdiction to review due process challenges, a petitioner must allege at least a colorable constitutional violation.... Martinez–Rosas' claim that the IJ denied her right to due process by misapplying the facts of her case to the applicable law does not meet this requirement.").

**PETITION FOR REVIEW DISMISSED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).